IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KATHERINE SHARPE,

    Plaintiff,

v.

PALMER REAL ESTATE,

    Defendant.

CIVIL ACTION NO.: 6:19-cv-114

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's December 20, 2019, Report and Recommendation, (doc. 7), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 7), as the opinion of the Court and **REMANDS** Plaintiff's Complaint to the Magistrate Court of Bulloch County, Georgia. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA