# United States District Court
### Southern District of Georgia

KATHERINE SHARPE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-114

PALMER REAL ESTATE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated February 28, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is entered remanding this case to the Magistrate Court of Bulloch County, Georgia. This case stands closed.

Approved by: _____

March 17, 2020                                       Scott L. Poff
*Date*                                               *Clerk*

                                                     _____
                                                     *(By) Deputy Clerk*